■ SIDNEY HILTON, Respondent, v. ADELE FEINERMAN et al., Doing Business as BEST STEEL COMPANY, Appellants.— In an action to recover damages for injuries to person and property, the defendants appeal from an order of the Supreme Court, Nassau County, dated April 14, 1960, granting plaintiff's motion for summary judgment. Order reversed, with $10 costs and disbursements, and motion for summary judgment denied. The record presents issues of fact which should be resolved after trial. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ JESSE E. HOLLAND, Respondent, v. FRANK GALLAGHER, Appellant.— In an action to recover damages for injuries to person and property sustained by plaintiff when defendant's automobile ran into the rear of his (plaintiff's) automobile while it was stationary, plaintiff was granted summary judgment. Defendant appeals from a judgment of the Supreme Court, Queens County, entered October 14, 1959, fixing plaintiff's damages, after a jury trial which was held for that purpose. Judgment affirmed, with costs. If it be assumed that it was error for the court to charge that defendant was obligated to testify if he could throw additional light on the case, such error did not violate any of appellant's substantial rights and may be disregarded (Civ. Prac. Act, § 106). Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Claim of ROLAND G. CORTELYOU, as Guardian ad Litem of DIANNE CORTELYOU, an Infant, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— In a proceeding pursuant to statute (General Municipal Law, § 50-e, subd. 5) for leave to file, on behalf of an injured infant, a late notice of claim after the expiration of the 90-day period prescribed by statute, the Transit Authority appeals from an order of the Supreme Court, Richmond County, dated April 1, 1960, granting such leave. Order affirmed, with $10 costs and disbursements. (*Biancoviso* v. *City of New York*, 285 App. Div. 320; *Matter of Lundell* v. *Board of Educ.*, 5 A D 2d 891.) Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of the Probate of the Will of LORENZA EREMITA, Deceased. HYMAN WEINER, as General Guardian of the Person and Estate of DOMENICO B. EREMITA and Another, Appellant; GIUSEPPE TARRANTINO, Respondent.— In a proceeding to probate as the last will and testament of the deceased Lorenza Eremita, a document, dated August 2, 1956, the contestant, who is the general guardian for the adopted children of said deceased, appeals from a decree of the Surrogate's Court, Queens County, dated November 24, 1959, which granted the petition for such probate. Decree affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.